UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   LESLIE DEVON TATUM                                CASE NO. 19-11375
   5501 OAK GATE DRIVE                              JUDGE BENJAMIN A. KAHN
   GREENSBORO, NC  27405

        DEBTOR

SSN(1) XXX-XX-3367                                    DATE: 08/10/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ANTONIO LEATH<br>% JENNIFER L RUBY ESQ<br>BLACK SLAUGHTER BLACK ESQ<br>P O BOX 41027<br>GREENSBORO, NC  27404 | $8,823.02<br>INT:  .00%<br>NAME ID: 181319<br>CLAIM #:  0004 | (U) UNSECURED<br><br>ACCT:<br>COMMENT: |
| ASPIRE<br>P O BOX 650832<br>DALLAS, TX  75265 | $0.00<br>INT:  .00%<br>NAME ID: 180490<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BLAZE MASTERCARD<br>P O BOX 2534<br>OMAHA, NE | $0.00<br>INT:  .00%<br>NAME ID: 180491<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4025<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $498.94<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 0881<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $149.34<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0026 | (U) UNSECURED<br><br>ACCT: 2895<br>COMMENT:  GOODYEAR |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $2,285.67<br>INT: 6.75%<br>NAME ID: 169961<br>CLAIM #:  0025 | (S) SECURED<br><br>ACCT: 6730<br>COMMENT: OC,PP |
| CREDIT FIRST NA<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $921.52<br>INT:  .00%<br>NAME ID: 69320<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 3367<br>COMMENT:  BOSCH |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CW NEXUS CREDIT CARD HOLDINGS 1 LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603 | $2,075.32<br>INT: .00%<br>NAME ID: 163110<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 2251<br>COMMENT: |
| FAIR SQUARE FINANCIAL LLC<br>RESURGENT CAPITAL<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $229.71<br>INT: .00%<br>NAME ID: 174762<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 7667<br>COMMENT: |
| FIRST NATIONAL CREDIT CARD<br>P O BOX 2496<br>OMAHA, NE  68103-2496 | $0.00<br>INT: .00%<br>NAME ID: 120845<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7062<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HOME DEPOT<br>P O BOX 20483<br>KANSAS CITY, MO  64195 | $0.00<br>INT: .00%<br>NAME ID: 55289<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0881<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,286.25<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 3367<br>COMMENT: OC,320A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0023 | (U) UNSECURED<br>AMENDED<br>ACCT: 3367<br>COMMENT: 320A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $995.37<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 6544<br>COMMENT: DISCOUNT TIRE |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $973.21<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 3966<br>COMMENT: LOWES |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,163.00<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 7603<br>COMMENT: ROOMS T GO |
| MERRICK BANK<br>P O BOX 9211<br>OLD BETHPAGE, NY  11804 | $0.00<br>INT: .00%<br>NAME ID: 173766<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2251<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3367<br>COMMENT: |
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT:  .00%<br>NAME ID: 162954<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| OLLO CARD SERVICES<br>P O BOX 660371<br>DALLAS, TX  75266 | $0.00<br>INT:  .00%<br>NAME ID: 179521<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7667<br>COMMENT: |
| PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>INT:  .00%<br>NAME ID: 166309<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GPCC I LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $336.21<br>INT:  .00%<br>NAME ID: 162367<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 5189<br>COMMENT: |
| WHITNEY BOZEMAN<br>2026 DERRICK DR<br>GREENSBORO, NC  27405 | $0.00<br>INT:  .00%<br>NAME ID: 180492<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$21,737.56** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $1,480.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/10/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice